478 S.E.2d 253

Lewis E. CHAMBERS, Employee, Appellant,

v.

SMITH'S DRYWALL, Employer, and United States
Fidelity & Guaranty, Carrier, Respondents.

No. 24505.

Supreme Court of South Carolina.

Submitted Oct. 9, 1996.

Decided Oct. 28, 1996.

Rehearing Denied Dec. 5, 1996.

Lewis E. Chambers, Chappells, Pro Se.

---

2. Moreover, there was no evidence of incompetence at the time of the plea.

David H. Keller, of Haynsworth, Marion, McKay & Guérard, Greenville, for respondents.

PER CURIAM:

Respondents have filed a motion to strike the amended record on appeal and ask that appellant be ordered to file a second amended record on appeal which complies with the Appellate Court Rules. Respondents have also moved for attorneys' fees and costs of two hundred and twenty-five dollars ($225) for having to file this motion. Appellant has filed a return in opposition to respondents' motions.

A review of the initial brief and the amended record on appeal filed by appellant and the initial brief filed by respondent indicates that this appeal is without merit. Accordingly, the order on appeal is affirmed pursuant to Rule 220(b)(1), SCACR, and the following authorities: Argument I: *Moore v. City of Easley,* 322 S.C. 455, 472 S.E.2d 626 (1996); *Parsons v. Georgetown Steel,* 318 S.C. 63, 456 S.E.2d 366 (1995); *Grayson v. Carter Rhoad Furniture,* 317 S.C. 306, 454 S.E.2d 320 (1995); *Ross v. American Red Cross,* 298 S.C. 490, 381 S.E.2d 728 (1989); *Lark v. Bi–Lo, Inc.,* 276 S.C. 130, 276 S.E.2d 304 (1981); Argument II: *Kiawah Resort Assoc. v. S.C. Tax Comm'n,* 318 S.C. 502, 458 S.E.2d 542 (1995); S.C.Code Ann. §§ 42–1–540 & 42–9–10 to –440 (1985 & Supp.1995); Argument III: *Williams v. Boyle Constr. Co.,* 252 S.C. 387, 166 S.E.2d 550 (1969); *Brown v. Owen Steel Co.,* 316 S.C. 278, 450 S.E.2d 57 (Ct.App.1994); S.C.Code Ann. § 42–15–60 (1985); 25A S.C.Code Ann.Regs. 67–507 (1990); Argument IV: *Kiawah Resort Assoc. v. S.C. Tax Comm'n,* 318 S.C. 502, 458 S.E.2d 542 (1995).

Consequently, respondents' motion to strike the amended record on appeal is denied as moot. Respondents' motion for attorneys' fees and costs incurred in preparing the motion to strike is also denied. Rule 222(b), SCACR.